IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CROSTHWAIT PLAINTING COMPANY**                               **PLAINTIFFS**
**and A.E. CROSTHWAIT FARMING.**
**AND PLAINTING INC.**

  **VS.**                                        **CIVIL ACTION NO.: 4:17-CV-141-SA-JMV**

**CHARLES E. SNIPES and**                                        **DEFENDANTS**
**ARMTECH INSURANCE SERVICES, INC.**

## STAY ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [motion]." L.U. Civ. R. 16(b)(1)(B) (emphasis added). Because the plaintiffs have moved to remand this case to state court [5], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the motion to remand. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 25th day of October, 2017.

                                                     /s/ Jane M. Virden
                                                     **UNITED STATES MAGISTRATE JUDGE**